**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 04/17/2020

April 17, 2020

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Anthony Morales*, 17 Cr. 430 (VEC)**

Dear Judge Caproni:

On or about November 27, 2019, the Court issued a warrant for the arrest of the defendant, Anthony Morales, in connection with a ten-specification supervised release violation report prepared by the Probation Office. On or about April 15, 2020, the defendant was arrested in the District of Maine and was thereafter presented before the District Court in that district. The Government understands that the Maine District Court has ordered a preliminary hearing pursuant to Fed. R. Crim. P. 32.1(a)(5)(A) as to the two specifications that relate to conduct that is alleged to have occurred in the District of Maine (Specifications 9 and 10).

After review of the evidence underlying Specifications 9 and 10, and with the concurrence of the Probation Office, the Government respectfully moves to dismiss Specifications 9 and 10. The Government understands that upon dismissal of those specifications, the defendant will be transferred to this district to answer for the remaining eight specifications in the violation report.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: Michael R Herman
Michael R. Herman
Assistant United States Attorney
(212) 637-2221

SO ORDERED:

Valerie Caproni
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 04/17/2020