USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA,                 :
                                                            :              17-CR-430 (VEC)
            -against-                             :
                                                            :              ORDER
  ANTHONY MORALES,                              :
                                                            :
                                      Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Morales is awaiting transfer to this district from the District of Maine to respond to alleged violations of supervised release, Dkt. 26;

      WHEREAS the U.S. Marshals Service and the Bureau of Prisons have informed the Court that the transfer may not be possible until May 29, 2020; and

      WHEREAS the Court intends to schedule a teleconference to discuss next steps in this matter;

      IT IS HEREBY ORDERED THAT the Government must identify a date and time on or before **May 8, 2020**, when the facility in which Mr. Morales is being held could produce him for a telephonic appearance. Mr. Cesar De Castro, counsel for Mr. Morales, is directed to provide his availability to the Government and participate in the teleconference. The Government must promptly file a letter proposing an appropriate time and date, and the Court will provide the dial-in information. Mr. DeCastro must endeavor to have a telephone conference with his client in advance of the teleconference with the Court.

**SO ORDERED.**

**Dated: April 29, 2020**
      **New York, NY**                                                             **VALERIE CAPRONI**
                                                                                  **United States District Judge**