USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                    :
                                             :    17-CR-430 (VEC)
           -against-                         :
                                             :    ORDER
ANTHONY MORALES,                             :
                                             :
                          Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court has been informed that Mr. Morales is expected to arrive at MCC prior to the conference currently scheduled for May 7, 2020;

IT IS HEREBY ORDERED THAT the May 7 conference is converted to a videoconference on **May 11, 2020**, **at 9:00 A.M.** Mr. De Castro and counsel for the Government are both directed to appear for the conference and will be provided with call-in instructions via email. Due to technical limitations on the videoconferencing system, only the Court, Mr. Morales, and Mr. De Castro will appear on video; the Government will appear via audio only. Mr. DeCastro must endeavor to have a telephone conference with his client in advance of the videoconference with the Court.

Members of the public may attend the conference by dialing the audio-only line, 1-855-268-7844, using the access code 32091812# and PIN 9921299#.

**SO ORDERED.**

**Dated: May 4, 2020**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**