USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

        -against-

ANTHONY MORALES,

                            Defendant.
------------------------------------------------------------ X

17-CR-430 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS a sentencing hearing on Mr. Morales' violations of supervised release is currently scheduled for May 27, 2020;

IT IS HEREBY ORDERED THAT the May 27 proceeding is adjourned to **May 29, 2020, at 11:00 A.M.** Counsel will be provided a link to the videoconference via separate email.

Members of the public may attend the conference by dialing the one-way, audio-only line, 1-855-268-7844, using the access code 67812309# and PIN 9921299#.

**SO ORDERED.**

**Dated: May 20, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**