USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

       -against-

ANTHONY MORALES,

                           Defendant.
------------------------------------------------------------ X

17-CR-430 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Probation reports that Mr. Morales has violated the terms of his supervised release;

    IT IS HEREBY ORDERED that the parties must appear for a hearing on Mr. Morales' alleged violations of the terms of his supervised release on **Thursday, February 3, 2022 at 11:30 A.M.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: January 19, 2022**
      **New York, NY**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**