USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :           17-CR-430 (VEC)
        -against-                        :
                                         :           ORDER
ANTHONY MORALES,                         :
                                         :
                        Defendant.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 3, 2022, the Court sentenced Mr. Morales to a term of imprisonment of four months.

IT IS HEREBY ORDERED that Mr. Morales must surrender to the custody of the U.S. Marshals Service at the Southern District of New York (500 Pearl Street, New York, New York 10007) by no later than **Monday, February 7, 2022 at 12:00 P.M.**

**SO ORDERED.**

Dated: February 3, 2022
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**